The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## SOUTHERLAND v. STATE.
### No. 13608.

Court of Criminal Appeals of Texas.
June 4, 1930.

Scott, Casey & Hall, of Marshall, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for transporting intoxicating liquor; punishment two years in the penitentiary.

The record here contains neither bills of exception nor statement of facts. Nothing is presented for review.

The judgment is affirmed.